DANIEL G. BOGDEN
Nevada Bar ~~5232~~
United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., Suite 5000
Las Vegas, Nevada 89101
Tele: (702) 388-6336
Fax: (702) 388-6787
Email: Carlos.Gonzalez2@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Judgment Creditor,       )<br>                                                          )<br>     vs.                                                )<br>                                                          )<br>ALEX NORMAN,                            )<br>                                                          )<br>            Judgment Debtor,          )<br>                                                          )<br>     and                                                )<br>                                                          )<br>LUCKY LIMO,                                )<br>                                                          )<br>            Garnishee.                         ) | CR-S-95-184--ECR<br><br>**ORDER GRANTING<br>WRIT OF<br>CONTINUING GARNISHMENT** |

IT IS SO ORDERED:

The Court has determined that the requirements to a post-judgment garnishment writ have been met. The Clerk is directed to issue the Writ of Continuing Garnishment.

Dated: 21 Sept 2010

_____
United States District Judge

4

DANIEL G. BOGDEN
Nevada Bar 2137
United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., Suite 5000
Las Vegas, Nevada 89101
Tele: (702) 388-6336
Fax: (702) 388-6787
Email: Carlos.Gonzalez2@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Judgment Creditor,<br><br>vs.<br><br>ALEX NORMAN,<br><br>    Judgment Debtor,<br><br>and<br><br>LUCKY LIMO,<br><br>    Garnishee. | CR-S-95-184-ECR<br><br>**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), makes application to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Judgment Debtor, ALEX NORMAN, whose last known residence was in Las Vegas, Nevada, in the above cited action in the amount of $1,424,000.00. The sum of $10,446.67 has been credited to the judgment debt, leaving a total balance due of $1,413,553.33, as of August 20, 2010.

Demand for payment of the above-stated debt was made upon the Judgment

Debtor not less than 30 days from the date of this application as evidenced by Exhibits 1 and 2, and the Judgment Debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe wages, money or property to the Judgment Debtor, or is in possession of money or property of the Judgment Debtor, and said property is a nonexempt interest of the Judgment Debtor.

The name and address of the Garnishee or his/her authorized agent is:

Lucky Limo
Attn: Payroll/Garnishment
4195 W. Diablo Dr.
Las Vegas, NV 89118

DATED: August 20, 2010

DANIEL G. BOGDEN
United States Attorney


/s/Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant U.S. Attorney



U.S. Department of Justice

**Exhibit 1**

**United States Attorney
District of Nevada
Financial Litigation Unit**

| | | |
|---|---|---|
| *Daniel G. Bogden*<br>*United States Attorney* | *333 Las Vegas Boulevard South*<br>*Suite 5000*<br>*Las Vegas, Nevada 89101* | *Phone (702)388-6336*<br>*Fax (702)388-6296* |

June 11, 2010

Mr. Alex Norman
2815 W. Ford Ave.
Apt. 1075
Las Vegas, NV 89123-6669

      Re:    United States vs Alex Norman
             Criminal No. CR-S-95-184--ECR

Dear Mr. Norman:

      Please be advised that the liability to pay criminal restitution lasts twenty years plus any period of incarceration or until the death of the defendant. Upon review of your judgment of December 18, 1997, you were ordered to pay this restitution in full immediately. You have an outstanding balance due of $1,413,553.33, which has not had a payment on it since September of 2008. If we do not receive your payment of $250.00 by June 30, 2010, we will be forced to proceed with the legal remedies allowed for the collection of the full amount due. If this payment is made, we will accept monthly payments of $250.00 for now, due the 15th of the month, until the debt is paid.

      Understand that the government does not agree to accept installment payments for the duration of the debt. You may at any time be requested to provide this office with current financial information. At that time payments may be increased or decreased, and the government may use any and all collection methods to collect the debt in its entirety. This judgment may be collected by garnishing your wages or by levying on your personal property. Any acceptance of installment payments is not an agreement that you may continue to make installments until the debt is fully paid.

      If you are currently represented by counsel, forward this letter to your attorney and have him/her contact this office within ten days from the date of this letter. If no answer is received within such time frame, we will assume that you are not represented by counsel.

      If you have any questions, please contact me at 388-6281.

                                             Sincerely,

                                              Daniel G. Bogden
                                              United States Attorney

                                              Terri L. Jamison
                                              Legal Assistant
                                              Financial Litigation Unit

U.S. DEPARTMENT OF JUSTICE
Nevada
U.S. Attorney'S Office
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101

For inquiries regarding debt call: (702) 388-6336

**Debtor Statement**
This communication is from the United States Department of Justice. All correspondence on this debt should be sent to the representative of the United States at the address to the left above.

| DATE OF STATEMENT | June 11, 2010 |
|---|---|
| ACCOUNT NUMBER | 1998A45705 |

Retain top portion for your records. This is your official receipt. Make name/address corrections on the reverse. This statement reflects the balances for this debt only. You may have additional outstanding debt. Detach bottom portion, indicate amount enclosed, and return with your payment.

### ACCOUNT INFORMATION

| Last Payment Received Date | 3/8/2010 | Current Balance | $1,413,553.33 |
|---|---|---|---|
| Last Payment Amount | $3,446.67 | Overdue Amount | |
| Annual Interest Rate | | Next Payment Amount | $250.00 |
| | | PAY THIS AMOUNT | $250.00 |

**MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT**
**INCLUDE COURT NUMBER ON YOUR PAYMENT**
Please detach and enclose the bottom portion with payment

**DO NOT SEND CASH!**

Please send a Cashier's Check or Money order for payments greater than $500.00.

---

Payment must be received by the PAYMENT DUE Date in order for your payment to be applied before the next billing cycle.

| Account Number | 1998A45705 |
|---|---|
| Name | Alex Norman |
| Court Number | CR-S-95-184 |
| Payment Due Date | June 30, 2010 |
| Total Amount Due | $250.00 |
| Amount Enclosed | |

Address Correction, please note below:

Please mail payments to:

Clerk, U.S. District Court
333 Las Vegas Blvd., South, Room 1334
Las Vegas, NV 89101

## NOTICE TO JUDGMENT DEBTOR ON
## HOW TO CLAIM EXEMPTIONS

This post-judgment enforcement has been issued on request of the United States of America.

The law provides that certain property and wages cannot be taken. Such property is said to be exempted. This Notice lists the exemptions under federal law and your state law. There is no exemption solely because you are having difficulty paying your debts.

If the United States of America as creditor is asking that your wages be withheld, seventy-five percent (75%) of your disposable earnings are <u>automatically</u> exempt. That is, only twenty-five percent (25%) of your disposable earnings may be taken, calculated by deducting the following deductions from your gross wages per pay period: Federal income taxes, Social Security (F.I.C.A.), state income taxes, state disability insurance, and payments to public employee retirement systems. The law limits garnishment to 25% of the debtor's disposable earnings or the amount by which disposable earnings for the week exceeds thirty times the federal minimum hourly wage, whichever is less. See 15 U.S.C. § 1673(A). **You do not need to file a claim for exemptions to receive this exemption**, but if you believe the wrong amount is being withheld, you may file a claim for exemption.

If you believe that the money or property about to be taken from you is exempt, you should (i) fill out the claim for exemption form, (ii) sign and notarize, and (iii) deliver or mail the form to the clerk's office of this court and send a copy to the counsel for the United States. This must be done within 20 days after this notice of execution was served. You have a right to a hearing within five business days, or as soon as practicable, from the date you file your claim with the court.

If you request a hearing, you should come to court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case. If you do not come to court at the designated time and prove that your property is exempt, you may lose some of your rights.

It may be helpful to you to seek the advice of an attorney in this matter.

## CLAIM FOR EXEMPTION FORM
## EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)

NOTE: 18 U.S.C. § 3613(a), the federal statute governing liens arising from criminal fines and restitution obligations, generally incorporates the exemptions available to individual taxpayers under the Internal Revenue Service Code.

I claim that the exemption(s) from enforcement which are checked below apply in this case:

_____ 1. Wearing apparel and school books.--Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family.

_____2.  Fuel, provisions, furniture, and personal effects.--So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed **$8,230** in value.

_____3.  Books and tools of a trade, business, or profession.--So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate **$4,120** in value.

_____4.  Unemployment benefits.--Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

_____5.  Undelivered mail.--Mail, addressed to any person, which has not been delivered to the addressee.

_____6.  Certain annuity and pension payments.--Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code.

_____7.  Workmen's Compensation.--Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

_____8.  Judgments for support of minor children.--If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

_____9.  Certain service-connected disability payments.-- Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under--(A) subchapter II, III,IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35,37, or 39 of such Title 38.

_____10. Assistance under Job Training Partnership Act.--Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

_____11. <u>Minimum exemptions for wages</u>, salary and other income.  The exemptions under 26 U.S.C. § 6334(a)(9) do not apply in criminal cases.  The exceptions under the Consumer Credit Protection Act, 15 U.S.C. § 1673, for disposable earnings, <u>automatically apply and do not need to be claimed.</u>  The aggregate

disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed (1) 25 % of his disposable earnings for that week, or (2) the amount by which his disposable earnings for that week exceed thirty times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less.

Check on this form which exemption from enforcement you are claiming, and attach to the Affidavit of Exemptions and Request for Hearing, along with copies of your documentation. The completed Affidavit with attachments must be signed, notarized and filed with the Clerk of the Court.

Within 20 days after this notice of execution was served, you must either mail or deliver this notarized form in person to:

> Clerk, United States District Court
> 333 Las Vegas Blvd. South, Room 1334
> Las Vegas, Nevada 89101.

You must also send a copy of your request to the United States Attorney at:

> United States Attorney's Office
> Financial Litigation Unit
> 333 Las Vegas Blvd., South
> Suite 5000
> Las Vegas, Nevada 89101

IF YOU DO NOT FILE THIS AFFIDAVIT WITHIN THE TIME SPECIFIED, YOUR PROPERTY MAY BE SOLD AND THE MONEY GIVEN TO THE JUDGMENT CREDITOR, EVEN IF THE PROPERTY OR MONEY IS EXEMPT.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,
        Judgment Creditor

vs.

_____
        Judgment Debtor
_____

Case No. CR-S-95-184-ECR

**AFFIDAVIT OF EXEMPTIONS AND REQUEST FOR HEARING**

1. Describe the property executed upon (include account numbers, location, etc.):

   _____
   _____

2. Complete this paragraph if you claim the property executed upon is exempt:

   ( ) (a) The property which has been executed upon is exempt from execution because it is: (Check the applicable box or boxes):

   ☐ Wearing apparel and school books
   ☐ Fuel, provisions, furniture, and personal effects up to the amount allowed by law
   ☐ Books and tools of a trade, business or profession up to the amount allowed by law
   ☐ Unemployment benefits
   ☐ Undelivered mail
   ☐ Certain Pensions
   ☐ Workers' Compensation
   ☐ Judgments for support of minor children
   ☐ Certain service-connected disability payments
   ☐ Assistance under Job Training Partnership Act
   ☐ Other (describe)_____
   _____

   ( ) (b) Check if applicable: I have attached copies of the documents that show my property is exempt.

///
///

3.   Complete this paragraph if you believe the Writ of Continuing Garnishment was improperly issued:

    ( )   I believe that the Writ of Continuing Garnishment was issued improperly. (Explain)

_____
_____

    ( )   I claim ownership of all or part of the property taken and I am not one of the persons against whom a judgment has been entered.

    ( )   I do not own the property taken.

The statements made in this claim of entitlement to exemptions and request for hearing as to exemption entitlement are made and declared under penalty of perjury that they are true and correct. I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at the address listed below.

Dated this ___ day of _____, 20___.

_____
Signature of Debtor

_____
Printed Name

_____
_____
Mailing Address

_____
Phone Number

SUBSCRIBED and SWORN to before me this ____ day of _____, _____.

NOTARY PUBLIC in and for the
County of _____,
State of _____.

DANIEL G. BOGDEN
Nevada Bar 2137
United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., Suite 5000
Las Vegas, Nevada 89101
Tele: (702) 388-6336
Fax: (702) 388-6787
Email: Carlos.Gonzalez2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Judgment Creditor, ) | CR-S-95-184-ECR |
| ) | |
| vs. ) | |
| ) | **INSTRUCTIONS TO THE GARNISHEE** |
| ALEX NORMAN, ) | |
| ) | |
| Judgment Debtor, ) | |
| ) | |
| and ) | |
| ) | |
| LUCKY LIMO, ) | |
| ) | |
| Garnishee. ) | |

TO:   Lucky Limo
      Attn: Payroll/Garnishment
      4195 W. Diablo Dr.
      Las Vegas, NV 89118

Pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205(c)(3)(A), the United States serves the following instructions upon the Garnishee with a copy of the Writ of Continuing Garnishment.

1.   Enclosed is a Writ of Continuing Garnishment requesting that you determine whether or not you have in your possession, custody or control any of the property of the

1  Judgment Debtor listed therein, or any other property of the Judgment Debtor.

2.   You are required by law to serve a written answer to this writ <u>within **10 days** of service of this writ</u>. You are further required to withhold and retain any property, including earnings, in which the Judgment Debtor has a substantial non-exempt interest.

3.   In regard to earnings, the law limits garnishment to 25% of the Judgment Debtor's disposable earnings or the amount by which disposable earnings for the week exceeds thirty times the federal minimum hourly wage, whichever is less. <u>See</u> 15 U.S.C. § 1673(A).

To calculate disposable earnings, subtract the following from wages, commissions, and income:

    i.   Federal Income Tax
    ii.  Federal Social Security Tax (F.I.C.A.)
    iii. State income tax
    iv.  State disability insurance
    v.   Public employee retirement withholding

4.   You are required by law to withhold and retain 25% of the Judgment Debtor's disposable income pending the issuance of a final order in this matter.  DO NOT SEND THIS MONEY TO THE UNITED STATES ATTORNEY'S OFFICE AT THIS TIME; THE FEDERAL DEBT COLLECTION PROCEDURES ACT REQUIRES THAT THE GARNISHEE WITHHOLD SUCH MONEY PENDING THE ISSUANCE OF THE FINAL ORDER. WHEN A FINAL ORDER IS ISSUED IN THIS MATTER, **YOU WILL BE SENT A COPY OF THAT ORDER WITH INSTRUCTIONS AS TO WHERE TO SEND THE GARNISHMENT PAYMENTS.**

5.   **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE JUDGMENT DEBTOR'S NONEXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD.** ADDITIONALLY, YOU MAY BE HELD LIABLE

FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES OF AMERICA IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.

6. A form answer has been included with these instructions for your use, should you desire to use it. You are not required to use the form answer. If you use the form answer, please fill out the information completely and send the original to the Clerk of the Court as directed in the Writ of Continuing Garnishment. Copies of your answer must also be mailed to the United States Attorney's Office and the Judgment Debtor.

7. If you have additional questions concerning this procedure, please call the Office of the United States Attorney, Financial Litigation Unit, Terri L. Jamison, Legal Assistant, at telephone number (702)388-6336, or by mail to: United States Attorney's Office, Financial Litigation Unit, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, Nevada 89101. The United States Attorney's Office cannot provide you with legal advice on this matter; for legal advice, you should contact an attorney. If you are unsure of how to proceed, you may want to consult an attorney.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

By: _____
CARLOS A. GONZALEZ
Assistant United States Attorney

Office of the United States Attorney
333 Las Vegas Boulevard, South
Suite 5000
Las Vegas, Nevada 89101